UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SANFORD JAMES ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:22-CV-146-FL |
| KILOLO KIJAKAZI, ) | |
| *Acting Commissioner of Social Security* ) | |
| ) | |
|        Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on May 24, 2023, that Defendant's Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on May 24, 2023, and Copies To:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Wanda Mason / Samantha Zeiler (via CM/ECF Notice of Electronic Filing)

May 24, 2023                    PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk