IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-00146-FL

| | |
|---|---|
| SANFORD JAMES, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | DEFENDANT'S ORDER TO |
| ) | MOTION FOR |
| ) | 42 U.S.C. § 406(b) FEES |
| LELAND DUDEK, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this 3rd day of April, 2025, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Charlotte W. Hall, Esquire is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $10,000.00 (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees he previously received und the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

_____
LOUISE W. FLANAGAN
United States District Judge